# Exhibit L

Barghout, et al. v. Bayer Corp., et al. (Case No. 2:11-cv-01576-DMC-JAD)
Defendants' Supplemental Privilege Log
August 13, 2013

| Priv Log # | DateSent | Document Type | From | To | CC | BCC | Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| BBE-PRIV-001 | 8/25/2011 | Email and attachments | Todd Williamson | William Klemick, Esq.; Sandra James | | | Email and attachments requesting legal advice related to US HEOR organizational hierarchy in the context of ongoing litigation. | Attorney-Client / Work Product |
| BBE-PRIV-002 | 9/9/2011 | Email | Sandra James | Todd Williamson | Pam Cyrus | | Email containing legal advice re: V. Barghout's grandfathering period in the context of ongoing litigation. (BBE000030334) | Attorney-Client / Work Product |
| BBE-PRIV-003 | 8/29/2011 | Email and attachments | Todd Williamson | William Klemick, Esq.; Sandra James | | | Email with documents related to the US HEOR organizational hierarchy provided to counsel at the direction of same related to Barghout's return to work and in the context of ongoing litigation. | Attorney-Client / Work Product |
| BBE-PRIV-004 | 4/14/2011 | E-mail and attachments | Dara Robifker | Michael Irons | | | E-mail related to privileged pay equity study performed under direction of counsel. | Attorney-Client |
| BBE-PRIV-005 | 5/4/2011 | E-mail and attachments | Dara Robifker | Michael Irons | | | E-mail related to privileged pay equity study performed under direction of counsel. | Attorney-Client |
| BBE-PRIV-006 | 6/10/2011 | E-mail and attachments | Dara Robifker | Michael Irons | | | E-mail related to privileged pay equity study performed under direction of counsel. | Attorney-Client |
| BBE-PRIV-007 | 8/3/2011 | E-mail and attachments | Dara Robifker | Michael Irons | | | E-mail related to privileged pay equity study performed under direction of counsel. | Attorney-Client |
| BBE-PRIV-008 | 4/13/2012 | E-mail and attachments | Michael Virgintino | Michael Irons | | | E-mail reflecting advice of counsel re: attached STI presentation for employees. | Attorney-Client |
| BBE-PRIV-009 | 4/30/2012 | E-mail | Dara Robifker | Michael Irons | | | E-mail related to privileged pay equity study performed under direction of counsel. | Attorney-Client |
| BBE-PRIV-010 | 9/28/2012 | E-mail | Cynthia Hughes-Coons, Esq. | Michael Irons | | | Legal advice related to compensation. | Attorney-Client |
| BBE-PRIV-011 | 9/28/2012 | E-mail | Michael Irons | Bill Hassan, Esq. | | | E-mail seeking legal advice re: non-exempt sales employees. | Attorney-Client |
| BBE-PRIV-012 | 7/22/2010 | E-mail and attachments | Sean Kolb-Hunt | Michael Irons | | | E-mail with attachments reflecting request for and provision of legal advice regarding assessing litigation risk in light of recent litigation against other pharmaceutical companies. | Attorney-Client |

1

Banghout et al. v. Bayer Corp., et al. (Case No. 2:11-cv-01576-DMC-JAD)
Defendants' Supplemental Privilege Log
August 13, 2013

| Priv Log # | DateSent | Document Type | From | To | CC | BCC | Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| BBE-PRIV-013 | 10/8/2010 | E-mail and attachments | Dara Robifker | Michael Irons | Dorothea Renner | | E-mail and attachment providing information re: pay equity study performed under direction of counsel for purposes of providing legal advice. | Attorney-Client |
| BBE-PRIV-014 | 4/14/2011 | E-mail and attachments | Dara Robifker | Michael Irons | | | E-mail and attachment providing information re: pay equity study performed under direction of counsel for purposes of providing legal advice. | Attorney-Client |
| BBE-PRIV-015 | 5/4/2011 | E-mail and attachments | Dara Robifker | Michael Irons | | | E-mail and attachment providing information re: pay equity study performed under direction of counsel for purposes of providing legal advice. | Attorney-Client |
| BBE-PRIV-016 | 5/9/2011 | E-mail and attachments | Sean Kolb-Hunt | Michael Irons; Mike Virgintino; Dara Robifker | William Klemick, Esq. | | E-mail re: legal advice on pay equity study. | Attorney-Client |
| BBE-PRIV-017 | 6/10/2011 | E-mail and attachments | Dara Robifker | Michael Irons | | | E-mail and attachment providing information re: pay equity study performed under direction of counsel for purposes of providing legal advice. | Attorney-Client |
| BBE-PRIV-018 | 6/30/2011 | E-mail | Dara Robifker | Myra Rosen; Pat Johnson | Michael Virgintino; Michael Irons | | E-mail with redacted portion reflecting advice of counsel re: attached STI presentation for employees. (BBE00049174) | Attorney-Client |
| BBE-PRIV-019 | 8/3/2011 | E-mail and attachments | Dara Robifker | Michael Irons | | | E-mail related to privileged pay equity study performed under direction of counsel. | Attorney-Client |
| BBE-PRIV-020 | 3/22/2013 | E-mail and attachments | Bill Brenneisen | Dara Robifker; Michael Irons | | | E-mail re: LTI plan referencing legal advice from counsel. | Attorney-Client |
| BBE-PRIV-021 | 7/22/2010 | E-mail and attachments | Sean Kolb-Hunt | Michael Irons | | | E-mail with attachments reflecting request for and provision of legal advice regarding assessing litigation risk in light of recent litigation against other pharmaceutical companies. | Attorney-Client |
| BBE-PRIV-022 | 4/13/2012 | E-mail | Michael Virgintino | Michael Irons | | | E-mail with redacted portion reflecting advice of counsel re: attached STI presentation for employees. (BBE00033385) | Attorney-Client |

2

Banghout et al. v. Bayer Corp., et al. (Case No. 2:11-cv-01576-DMC-JAD)
Defendants' Supplemental Privilege Log
August 13, 2013

| Priv Log # | DateSent | Document Type | From | To | CC | BCC | Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| BBE-PRIV-023 | 10/19/2010 | E-mail | Lynne DeSherbinin | Wilhelm Oehlschlaeger; Megan Krueger; Myra Rosen; Sean Kolb-Hunt; Sandra James; Jamie Jackson; Denise D'Agostino; Jeffery Getson; Jennifer Hawtof; Michael Irons; Pat Johnson; Marilyn Hundley; Nichelle Howe; Sharon Minnich; Lillian Serrano; Gabriele Oehlschlaeger; Isabel Veragner; Gretch Starcher | | | E-mail re: HRCC meeting minutes with redacted portion reflecting legal advice re: addressing litigation risks concerning overtime and discrimination issues for pharmaceutical sales representatives. (BBE00030568-71) | Attorney-Client |

3