# Exhibit N

Barghout, et al. v. Bayer Corp., et al. (Case No. 2:11-cv-01576-DMC-JAD)
Defendants' Supplemental Privilege Log (as of 10/9/2013)

| # | Date Sent | From | Document Type | Recipient | Description | Privilege |
|---|---|---|---|---|---|---|
| 47 | 2013 | Jill Sobieralski, Marcia Chickis | E-mail and attachments | William Klemick, Esq. | E-mail requesting legal review and advice of preliminary compensation analyses of BHAH Shawnee site performed under direction of counsel for the purpose of providing legal advice in connection with OFCCP audit. | Attorney-Client Privilege |
| 48 | 2010 | Marcia Chickis | Documents | William Klemick, Esq. | Preliminary compensation and promotion analyses of BHP CAO site performed under direction of counsel for the purpose of providing legal advice in connection with OFCCP audit. | Attorney-Client Privilege |
| 49 | 2009 | Marcia Chickis | Documents | William Klemick, Esq. | Preliminary compensation and promotion analyses of BHCC Myerstown site performed under direction of counsel for the purpose of providing legal advice in connection with OFCCP audit. | Attorney-Client Privilege |
| 50 | 2009 | Marcia Chickis | Documents | William Klemick, Esq. | Preliminary compensation and promotion analyses of BHAH Shawnee site performed under direction of counsel for the purpose of providing legal advice in connection with OFCCP audit. | Attorney-Client Privilege |
| 51 | 2009 to 2011 | Marcia Chickis | Documents | William Klemick, Esq. | Annual promotion analyses of BHC CAO site performed under direction of counsel for the purpose of providing legal advice and assessment of audit and litigation risk. | Attorney-Client Privilege |
| 52 | 2011 to 2012 | Marcia Chickis | Documents | William Klemick, Esq. | Annual compensation analyses of BHC CAO site performed under direction of counsel for the purpose of providing legal advice and assessment of audit and litigation risk. | Attorney-Client Privilege |
| 53 | 2009 to 2011 | Marcia Chickis | Documents | William Klemick, Esq. | Annual promotion analyses of BHP Montville site performed under direction of counsel for the purpose of providing legal advice and assessment of audit and litigation risk. | Attorney-Client Privilege |
| 54 | 2011 to 2012 | Marcia Chickis | Documents | William Klemick, Esq. | Annual compensation analyses of BHP Montville site performed under direction of counsel for the purpose of providing legal advice and assessment of audit and litigation risk. | Attorney-Client Privilege |
| 55 | 2009 to 2011 | Marcia Chickis | Documents | William Klemick, Esq. | Annual promotion analyses of BHP Wayne site performed under direction of counsel for the purpose of providing legal advice and assessment of audit and litigation risk. | Attorney-Client Privilege |

1

Barghout, et al. v. Bayer Corp., et al. (Case No. 2:11-cv-01576-DMC-JAD)
Defendants' Supplemental Privilege Log (as of 10/9/2013)

| # | Date Sent | From | Document Type | Recipient | Description | Privilege |
|---|---|---|---|---|---|---|
| 56 | 2011 to 2012 | Marcia Chickis | Documents | William Klemick, Esq. | Annual compensation analyses of BHP Wayne site performed under direction of counsel for the purpose of providing legal advice and assessment of audit and litigation risk. | Attorney-Client Privilege |
| 57 | 2009 to 2011 | Marcia Chickis | Documents | William Klemick, Esq. | Annual promotion analyses of BHCC Edison Lakes site performed under direction of counsel for the purpose of providing legal advice and assessment of audit and litigation risk. | Attorney-Client Privilege |
| 58 | 2011 to 2012 | Marcia Chickis | Documents | William Klemick, Esq. | Annual compensation analyses of BHCC Edison Lakes site performed under direction of counsel for the purpose of providing legal advice and assessment of audit and litigation risk. | Attorney-Client Privilege |
| 59 | 2009 to 2011 | Marcia Chickis | Documents | William Klemick, Esq. | Annual promotion analyses of BHCC Morristown site performed under direction of counsel for the purpose of providing legal advice and assessment of audit and litigation risk. | Attorney-Client Privilege |
| 60 | 2011 to 2012 | Marcia Chickis | Documents | William Klemick, Esq. | Annual compensation analyses of BHCC Morristown site performed under direction of counsel for the purpose of providing legal advice and assessment of audit and litigation risk. | Attorney-Client Privilege |
| 61 | 2009 to 2011 | Marcia Chickis | Documents | William Klemick, Esq. | Annual promotion analyses of BHCC Myerstown site performed under direction of counsel for the purpose of providing legal advice and assessment of audit and litigation risk. | Attorney-Client Privilege |
| 62 | 2011 to 2012 | Marcia Chickis | Documents | William Klemick, Esq. | Annual compensation analyses of BHCC Myerstown site performed under direction of counsel for the purpose of providing legal advice and assessment of audit and litigation risk. | Attorney-Client Privilege |
| 63 | 2009 to 2011 | Marcia Chickis | Documents | William Klemick, Esq. | Annual promotion analyses of BHAH Shawnee site performed under direction of counsel for the purpose of providing legal advice and assessment of audit and litigation risk. | Attorney-Client Privilege |
| 64 | 2011 to 2012 | Marcia Chickis | Documents | William Klemick, Esq. | Annual compensation analyses of BHAH Shawnee site performed under direction of counsel for the purpose of providing legal advice and assessment of audit and litigation risk. | Attorney-Client Privilege |
| 65 | September 16, 2013 | Denise D'Agostino | E-mail and attachments | Patricia Johnson, Douglas Yoder, William Klemick, Esq., Blair Robinson, Esq. | E-mail and attachments reflecting legal advice re: WLI Survey Presentation. | Attorney-Client Privilege |